UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

FILED
AUG 2 2 2017
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Shannon Piper )
)
36 Lake Wind Dr. )
)
Springfield, IL   62703-5136 )   CIVIL ACTION
(Name of the plaintiff or plaintiffs) )
)
v. )   NO. 3:17-cv-03149-SEM-TSH
)
The MYR Group, et al )
)
1701 Golf Road, Suite 3-1012 )
)
Rolling Meadows, IL   60008 )
(Name of the defendant or defendants) )

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. Plaintiff ☒ DOES ☐ DOES NOT demand a jury trial.

### I. PARTIES

2. The plaintiff is Shannon Piper,

whose street address is 36 Lake Wind Dr.,

(city) Springfield   (state) IL   (ZIP) 62703-5136

(Plaintiff's telephone number)   ( 810 ) – 937.7222

3. The defendant is The MYR Group, et al, whose

street address is 1701 Golf Road, Suite 3-1012,

(city) Rolling Meadows   (state) IL   (ZIP) 60008

(Defendant's telephone number)   ( 847 ) – 290-1891

4. The alleged discrimination occurred at  The L.E. Myers Co.(Office) and Ameren /LEM project job site trailers

(city) Long Creek, Decatur, Mapleton,  (state) IL   (ZIP) 62521, 62526, 61547, 62558
       Pawnee
Project: ADM -MTZ Line 1616   2240 Salem School Rd. LongCreek, IL 62521

Office: The L.E. Myers Co. 1655 Hubbard Ave. Decatur, IL 62526

Project: Duck Creek - Edwards OPGW 8826 W. Route 24, Mapleton, IL 61547
Project: Pawnee Substation - 2125 IL-104 Pawnee, IL 62558

5. The plaintiff [*check one box*]

    (a) ☐  was denied employment by the defendant.

    (b) ☐  was hired and is still employed by the defendant.

    (c) ☒  was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) August_____, (day)_____, (year) 2015____.

## II. JURISDICTION

7. Jurisdiction over this claim is based on 28 U.S.C. § 1331. Plaintiff alleges that the defendant(s) discriminated against Plaintiff because of Plaintiff's:

    ☐ Age (The Age Discrimination in Employment Act, 29 U.S.C. § 621)

    ☐ Color (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Disability (The Americans with Disabilities Act, 42 U.S.C. § 12101 and/or The Rehabilitation Act, 29 U.S.C. § 701)

    ☐ National Origin (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Race (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Race (42 U.S.C. § 1981)

    ☐ Religion (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☒ Sex/Gender (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

    ☐ Sex/Gender (Equal Pay Act, 29 U.S.C. § 206)

    ☐ Use of Leave (Family and Medical Leave Act, 29 U.S.C. § 2611)

    ☒ Other (list): Retaliation_____

8. Plaintiff ☒ HAS ☐ HAS NOT filed a charge before the United States Equal Employment Opportunity Commission (EEOC) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

9. Plaintiff ☐ HAS ☒ HAS NOT filed a charge before the Illinois Department of Human Rights (IDHR) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

    ● The EEOC had filed a claim on my behalf. Please see the attached Charge of Discrimination.

2

10. Plaintiff ☒ HAS ☐ HAS NOT received a Right to Sue Notice. If yes, Plaintiff's Right to Sue Notice was received on or about (date) __June 1, 2017_____.

    **[Attach copy of Notice of Right to Sue to this complaint.]**

### III. FACTS IN SUPPORT OF CLAIM

11. The defendant intentionally discriminated against Plaintiff [*check only those that apply*]:

    (a) ☐  by failing to hire the plaintiff.

    (b) ☒  by terminating the plaintiff's employment.

    (c) ☐  by failing to promote the plaintiff.

    (d) ☒  by failing to stop harassment;

    (e) ☐  by failing to reasonably accommodate the plaintiff's disabilities.

    (f) ☐  by failing to reasonably accommodate the plaintiff's religion.

    (g) ☒  by retaliating against the plaintiff because the plaintiff did something to assert rights protected by the laws;

    (h) ☒  by coercing, intimidating, threatening or interfering with the plaintiff's exercise or enjoyment of rights;

    (i) ☒  with respect to the compensation, terms, conditions, or privileges of employment;

    (j) ☐  other (specify):_____

    _____
    _____
    _____
    _____

3

12. State here briefly and as clearly as possible the essential facts of your claim. Describe precisely how each defendant in this action is involved. Give dates and places. Concentrate on describing as clearly and simply as possible what employment action or situation you allege to have been illegal and how it violated your rights. It is not necessary to make legal arguments or cite any cases or statutes.

Please See Attached "EXHIBIT #3" + 'EXHibit #4

13. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

  (a) ☐   Direct the defendant to hire the plaintiff.

  (b) ☐   Direct the defendant to re-employ the plaintiff.

  (c) ☐   Direct the defendant to promote the plaintiff.

  (d) ☐   Direct the defendant to reasonably accommodate the plaintiff's religion.

  (e) ☐   Direct the defendant to reasonably accommodate the plaintiff's disabilities.

  (f) ☒   Direct the defendant to (specify): _____

4

I respectfully request that in addition to injunctive relief monetary damages, front pay, lost wages, future wages, lost of benefits, (medical, dental, vision, vacation, sick leave, pension, profit sharing, bonus, raise) compensatory damages, overtime pay that I never received, punitive damagess, liquidated

damages, double damages be awarded for emotional harm, mental suffering, loss of home, transportation, person belongings, along with attorney, witness and expert fee(s). I am also requesting triple money damages be aware old daughter, as she has lost over 2 years of her life going through this horrific nightmare. There were milestone she has missed and will not ever able to endure as a 10, 11 or 12 year old would. She was not able to experience what a 10, 11, or 12 year old should, including the ability to participate in any extra curricular activities or after school programs. Additionaly, she has been evicted and as it stands today, we are still homele:

(g) [X] If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) [ ] Grant such other relief as the Court may find appropriate.

_____
(Plaintiff's signature)

Shannon Piper
(Plaintiff's name)

_____

36 Lake Wind Dr.
(Plaintiff's street address)

(City) Springfield    (State) IL    (ZIP) 62703-5136

(Plaintiff's telephone number) ( 810 ) – 937.7222

Date: August 18, 2017

5

EXHIBIT 3
Question #12

Case No: 3:17-cv-03149-SEM-TSH
Piper vs The MYR Group, et al

On Monday, May 2, 2016, another meeting was held with the, **Mike Mumm** (District Manager), **Quinn Huber** (Operations Manager), **Clinton Schrage** (Sr. Project Manager), and myself, **Shannon Piper**, (Project Coordinator).

The meeting began by Mumm asking me "what do we need to do to put an end to this?" I responded, "Mike we have had several meetings regarding the same on-going issues for 10 months. I would like Human Resources to get involved to help resolve the ongoing harassment, hostility that's still interfering with my job." Immediately following my request, Mumm said "Do you think you can do this job?" I responded "Yes, I can, I work very hard and I am dedicated." Mumm said, "Nobody says you don't work hard but I can see it in your face that this job has taken a toll on you. I can't imagine what your daughter is going through, I don't know her but I'm sure that this job has taken a toll on her." I responded "yes, it has not been easy moving 500+ miles with no family here, being a single mom and at work I am being treated unfair, disrespected and told to bite my cheek and to put up with it because in your opinion Clint has earned his stripes. I have actually reached out to a psychiatrist." Immediately I was fired by Mumm and he told me that "you are sick and need to get better." I said "Mike, I don't want a fire on my work record." Mumm changed my status to "Laid Off" due to "Reduction in Force."

**PLEASE NOTE:** My work experience for over 25 years has been in the male-dominated construction industry. I have worked side-by-side with every trade. My last position with The L.E. Myers as Project Coordinator, I worked side-by-side daily with 15 to 30 linemen employed by The L.E. Myers, no issues or problems.

1 OF 2

Case No: 3:17-cv-03149-SEM-TSH
Piper vs The MYR Group, et al

EXHIBIT 3
Question #12

Excluded from most training sessions that was needed to do my job along with updated policies and procedures, while younger, male employees were kept up to date with training sessions. My resume was excluded in March 2016 while the resumes of my 4-male co-workers were in fact posted on the S: In addition, I was excluded from the Kick-off meeting for the Duck Creek – Tazewell Project which was held in February 2016, which was my 2nd project and already in progress, 85 miles one-way. The daily Interference with my work performance. I endured was offensive and became a continued condition of employment. The severity of the conduct that I received from my supervisor created my work environment to be intimidating, hostile and abusive. On several occasions, I was told to meet for training at one job-site trailer and the following morning while in route I would receive a phone call indicating that the place to meet was now changed to Pawnee or the office in Decatur or it was cancelled. Then Jason or Clint would send an email out to the District and Operations Manager stating I was late.  At the Pawnee job-site, Clint and Jason would take 2-hour lunches while I would be sitting there waiting to be trained. I worked a minimum of 65 hours a week and have never been compensated for any overtime.

I was the only female on a team of 5, (4) were male. I didn't receive a fair performance appraisal versus my (4) male co-workers. I was the only person on my team of 5 whom did not receive a bonus, as previously talked about with the District Manager (Mumm) in my review with the District Manager in January 2016 versus my (4) male co-workers. I was the only person whom did not receive a raise, as previously talked about with the District Manager at my review in January 2016 versus my (4) male co-workers. The harassment I endured was so frequent and severe that it created a hostile and offensive work environment. As a result, I was terminated for asking for help.

2 of 2

## Shannon Piper_Fwd: PIP

Below, please find my PIP (Performance Improvement Plan) along with my responses to each of Mr. Schrages statements. Please note I had my review with the District Manager, Mike Mumm in January 2016 and then was called in to the office in March 2016 and was informed that I would be now reporting to Clinton Schrage and then was handed my PIP based on Clinton Schrages opinion.

The DM (Mumm) told me that I was not leaving the office until I signed it and said "I don't care if it takes you the rest of the day"

It was finally agreed that I could take it home to review over the weekend and respond accordingly and submit the following week.

EXHIBIT 4

EXHIBIT #4

PIP

To shannon.piper@comcast.net • skpiper15@comcast.net

From: Shannon K. Piper
Sent: Wednesday, March 09, 2016 8:28 PM
To: Mike J. Mumm <MMumm@myrgroup.com>; Quinn B. Huber <QHuber@myrgroup.com>
Subject: PIP

Mike / Quinn-

After carefully reviewing the Performance Appraisal, received Friday, March 4, 2016, completed by Clinton Schrage. I have responded to address each point accordingly.

The following (4) are areas that were noted by Clinton Schrage on the Performance Improvement Plan;

    Areas of Concern:

1. Productivity
2. Communication
3. Insubordinate
4. Unprofessional Behavior

My response(s) is as follows;

    1. Productivity-I am in agreement that the (4) Costs Reports, completed by me solely (2/9, 2/16, 2/23, 3/1) were in fact submitted later than anticipated. CONCLUSION: An email was sent to all recipients, communicating the report would be submitted the following day. In addition, thanking all in advance for their patience. ADDITIONAL INFORMATION: I followed up with a phone call to Project Manager, Robert Congdon / AECOM and communicated the delay with him directly.

        a. Per direction by Clinton Schrage, No report would be sent out without his review along with getting confirmation "yes, it is good to send out".

I take exception to the following;

    2. Communication   3. Insubordinate   4. Unprofessional Behavior

    In addition, Clinton Schrage has noted the following;

Ongoing Observations

1. "Time Sheets / Equipment Master not being completed prior to approving time sheets, Until recently" / Time Sheets and Daily Reports are not being done daily. Remain sporadically completed daily.

   * Agree-There were times when I fell behind.

2. Excel Skills

   * Agree- I have started the process of searching excel courses to improve my skills, per the "Improvement Goals" as noted on the PIP.

3. Late or Absent from several meetings without calling.

   * I have been tardy in the past and it was discussed. Moving forward I have reached out and communicated if I thought I would be tardy. If I was absent from a meeting, it was because I wasn't aware of the meeting. Please provide dates???

4. Fails to relate issues or troubles, waits for errors to be found by others.

   I disagree. The one example noted on the PIP, was brought to my attention while currently working in spreadsheet and I responded " I see that", the error was found by both Clint and I at the same time. This is a spreadsheet that I was given direction "do not edit as this ties into my other IL River Projects".

5. Has Not Addressed Electronic Time Sheets with GF per direction

   * It has been addressed and the approval was received to continue by upper management.

6. Is not following direction on how to complete Equipment Tracking Report?

   * There are (3) Equipment Tracking Reports- (1) Transmission, (2) Distribution, (3) Master (Clint's). When a piece of equipment is added or released, whether it be in Transmission or Distribution, I go in and update it accordingly. However Clint would like for me to go in and assure the master matches Transmission and Distribution line by line. Time does not always allow for the "extra" time. The results are the same.

7. On 2/3 was asked to stay at the office instead left without a phone call.

   * After the weekly meeting was adjourned. Clint said "I will be right back". I waited 10 minutes, walked around the office looked for Clint and could not find him. I headed to the office trailer and received a text message from Clint as I was pulling in the parking lot at the job trailer "did you leave the office ?" I called Clint and indicated that I have in fact left and apologized along with an explanation, that I waited and when he didn't come back I looked for him and he stated, I was at my desk and informed me that he did not enter the conference room where I was waiting for him because another employee was at the door asking me a question, and said that he wanted to talk with me in regards to Jason Ligatino talking to me in a disrespecting manner on Tuesday, February 2, 2016.

\* The following week, Wednesday, February 9, 2016, After our meeting adjourned, Clinton Schrage indicated he needed to speak with me. A few minutes later Clinton and Cindy Peck joined me in the conference room where we had a discussion regarding February 2, 2016. Notes were taken both by Clinton Schrage and Cindy Peck. I requested a copy for my records, Clinton agreed. However I have still yet to receive.

8. Ongoing - Email strings use sarcastic language that can be viewed as unprofessional & Ongoing interaction with co-workers becomes negative and confrontational (Faraday & Rt. 121 office trailers)

I Disagree. While training with Jason Ligatino for the cost report at Faraday Sub Station, There was an issue with the cost report, a new labor code was introduced and was not inputted into the cost report. When I inquired about adding the labor code to the cost report, I was talked to in a disrespectful manner, along with the "F" word directly used at me. I in turn, politely said "Jay, do not talk to me disrespectfully". The above #8 is also related to #9.

  I.   I am talked to disrespectfully and it is suggested that I am unprofessional??

  II.  I would be interested to find out in how the others (GF's, Foreman, Ameren and AECOM) would review me? As these were the folks whom I worked with on a daily basis

9. PCR Documentation-making excuses for not completing work, tries to push work off on others and uses insulting/slanderous language

\* With this being my first project with LEM and very little direction given, I had higher expectations that this task would be completed with the help of senior leadership, as it was asked by both Ameren and AECOM that the Sr. Project Manager complete. However it was never intended to try and push off any of my duties to anyone nor was I making excuses.

I would I like to add that Mr. Schrage set the precedence last summer when he came out to the job trailer, yelling at me and was using inappropriate, foul language. I in turn called the GF, Craig Curtis to have a witness, as I indicated to Mr. Schrage that I would not continue to engage in this conversation without a witness. I believe operations followed up with Clinton regarding this matter.

I have never received a negative, dissatisfying review, as such, in my career entirely.

I respect my position with LE Myers-- and take exceptional pride in my professionalism, work ethics and dedication. Thank you.

Respectfully,

Shannon K. Piper
Project Coordinator
The L.E. Myers Co.

1655 Hubbard Ave
Decatur, IL 62526
217.521.4756 (Mobile)
217.875.2312 (Fax)
217.877.0430 (Office)
spiper@myrgroup.com<https://owa.myrgroup.com/owa/redir.aspx?C=SFcDeCct-0Gm5xtOMwRAjtyVXpmBiNIIIK0L64UGEBsNGP4hH4vBVpx7W5dAhvK4cUQX2rRh8iA.&URL=mailto%3aSPiper%40myrgroup.com>
www.thelemyersco.com<https://owa.myrgroup.com/owa/redir.aspx?C=SFcDeCct-0Gm5xtOMwRAjtyVXpmBiNIIIK0L64UGEBsNGP4hH4vBVpx7W5dAhvK4cUQX2rRh8iA.&URL=http%3a%2f%2fwww.thelemyersco.com%2f>

[image003.png]

Confidential and proprietary information of MYR Group Inc. Unauthorized use, disclosure, or reproduction is strictly prohibited. Please consider the environment before printing this e-mail.

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Shannon Piper<br>114 Wintergreen Drive<br>Chatham, IL 62629 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |
|---|---|---|---|

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2016-05236 | Brandi Kraft,<br>Investigator | (312) 869-8153 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

- NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_____     6/1/2017
Julianne Bowman,
District Director        (Date Mailed)

Enclosures(s)

cc:   THE L.E. MYERS COMPANY
c/o Danielle Urban
FisherPhillips, LLC
1801 California St., #2700
Denver, CO 80202

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2016-05236 |

Illinois Department Of Human Rights and EEOC
*State or local Agency, if any*

**Name** (indicate Mr., Ms., Mrs.): Shannon Piper
**Home Phone** (Incl. Area Code): (810) 937-7222
**Date of Birth**: 09-17-1971
**Street Address**: 114 Wintergreen Drive
**City, State and ZIP Code**: Chatham, IL 62629

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

**Name**: THE L E MYERS CO
**No. Employees, Members**: 500 or More
**Phone No.** (Include Area Code): (847) 290-1891
**Street Address**: 1701 W. Golf Road, Suite 3-1012
**City, State and ZIP Code**: Rolling Meadows, IL 60008

RECEIVED EEOC
OCT 11 2016
CHICAGO DISTRICT OFFICE

**DISCRIMINATION BASED ON** *(Check appropriate box(es).)*:
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: — Latest: 05-06-2016
☐ CONTINUING ACTION

**THE PARTICULARS ARE** *(If additional paper is needed, attach extra sheet(s))*:

I began my employment with Respondent on June 29, 2015. My most recent position was Project Coordinator. During my employment, I was subjected to harassment and I was denied a pay raise and bonus. I constantly complained to the District Manager about the harassment. Subsequently, I was informed that I would be laid off. My last day of employment was May 6, 2016.

I believe I have been discriminated against because of my sex, female, and in retaliation for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 9-22-16
Charging Party Signature: [signed]

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*